AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| WESTLAKE CORPORATION, a Delaware corporation; and WESTLAKE CHEMICALS & VINYLS LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br>CHEMCORP 1 LLC, a Florida Limited Liability Company; OH YES PLASTICS LLC, a Florida Limited Liability Company; ASSIM ALABED, an individual; LAMIS ALABED, and individual; and NOOR ALABED, an individual,<br><br>*Defendant(s)* | Civil Action No. 4:24-cv-00099 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHEMCORP 1 LLC, a Florida Limited Liability Company
14931 NW 27th Avenue
Opa-Locka, Florida 33054

(see attachment hereto)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Rawls
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Dr., Suite 201
Houston, Texas 77056
Phone: (713) 888-3535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: January 11, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00099

## P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                                      *Server's signature*

                                                            _____
                                                                    *Printed name and title*

                                                            _____
                                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| WESTLAKE CORPORATION, a Delaware corporation; and WESTLAKE CHEMICALS & VINYLS LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>CHEMCORP 1 LLC, a Florida Limited Liability Company; OH YES PLASTICS LLC, a Florida Limited Liability Company; ASSIM ALABED, an individual; LAMIS ALABED, and individual; and NOOR ALABED, an individual,<br><br>*Defendant(s)* | Civil Action No. **4:24-cv-00099** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OH YES PLASTICS LLC, a Florida Limited Liability Company 14931 NW 27th Avenue
Opa-Locka, Florida 33054

(see attachment hereto)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Rawls
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Dr., Suite 201
Houston, Texas 77056
Phone: (713) 888-3535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: January 11, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **4:24-cv-00099**

## P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| WESTLAKE CORPORATION, a Delaware corporation; and WESTLAKE CHEMICALS & VINYLS LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>CHEMCORP 1 LLC, a Florida Limited Liability Company; OH YES PLASTICS LLC, a Florida Limited Liability Company; ASSIM ALABED, an individual; LAMIS ALABED, and individual; and NOOR ALABED, an individual,<br><br>*Defendant(s)* | Civil Action No. **4:24-cv-00099** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ASSIM ALABED, an individual
14931 NW 27th Avenue
Opa-Locka, Florida 33054

(see attachment hereto)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Rawls
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Dr., Suite 201
Houston, Texas 77056
Phone: (713) 888-3535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, Clerk of Court

Date: January 11, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **4:24-cv-00099**

## P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

WESTLAKE CORPORATION, a Delaware corporation; and WESTLAKE CHEMICALS & VINYLS LLC, a Delaware limited liability company,

*Plaintiff(s)*

v.

CHEMCORP 1 LLC, a Florida Limited Liability Company; OH YES PLASTICS LLC, a Florida Limited Liability Company; ASSIM ALABED, an individual; LAMIS ALABED, and individual; and NOOR ALABED, an individual,

*Defendant(s)*

Civil Action No. **4:24-cv-00099**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAMIS ALABED, an individual
14931 NW 27th Avenue
Opa-Locka, Florida 33054

(see attachment hereto)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Rawls
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Dr., Suite 201
Houston, Texas 77056
Phone: (713) 888-3535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 11, 2024



Nathan Ochsner, Clerk of Court

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **4:24-cv-00099**

## P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                                    _____
                                                         *Server's signature*

                                                         _____
                                                         *Printed name and title*

                                                         _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| WESTLAKE CORPORATION, a Delaware corporation; and WESTLAKE CHEMICALS & VINYLS LLC, a Delaware limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> CHEMCORP 1 LLC, a Florida Limited Liability Company; OH YES PLASTICS LLC, a Florida Limited Liability Company; ASSIM ALABED, an individual; LAMIS ALABED, and individual; and NOOR ALABED, an individual, <br> *Defendant(s)* | Civil Action No. **4:24-cv-00099** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

NOOR ALABED, an individual
14931 NW 27th Avenue
Opa-Locka, Florida 33054

(see attachment hereto)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John C. Rawls
BAKER WILLIAMS MATTHIESEN LLP
5005 Woodway Dr., Suite 201
Houston, Texas 77056
Phone: (713) 888-3535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: January 11, 2024

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00099

# P OOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: